# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOSEPH MA DEAN,

    Plaintiff,

v.   Case No: 8:19-cv-2984-T-02JSS

ITELAGEN, LLC,

    Defendant.

_____/

## ORDER

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion for Court Approval of Settlement Agreement and to dismiss the case with prejudice (Dkt. 12) is granted. The Court specifically approves the Defendant's offer of judgment, the parties' settlement agreement, and the proposed final judgment attached as exhibits to the motion. The case is dismissed with prejudice. Upon the Court's separate entry of final judgment, the Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on June 1, 2020.

                                  s/*William F. Jung*
                                  **WILLIAM F. JUNG**
                                  **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Counsel of Record